**United States Bankruptcy Court**
**District of New Jersey**

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Robert Chantler McKinley,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-20868-ABA |
| Chapter: | 7 |
| Hearing Date: | 10/20/2026 |
| Judge: | Andrew B. Altenburg Jr. |

**Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents**

Debtor Robert Chantler McKinley, through his attorney, moves for the entry of an order extending the time to file various documents under 11 U.S.C. § 521(i)(3); and Fed. R. Bankr. P. 1007(a)(5), 1007(c)(7), and 9006(b)(1) ("the Schedules").

1. The Debtor initiated this case by voluntarily petitioning for relief under chapter 7 on September 24, 2026.

2. This case was filed in an emergency because natural gas service to the Debtor's residence had been terminated for non-payment. Because natural gas is the residence's sole source of heat and hot water, he was unable to provide those necessities to his household, which includes his autistic 15-year-old child.

3. The circumstances requiring immediate filing were so compelling that the Debtor's attorney agreed to file the case *pro bono* because the Debtor was unable to pay any attorney's fees before filing.

4. Because this case was filed on an emergent basis, the Schedules were not filed with the petition.

5. The Court entered an order directing the Debtor to show cause why the case should not be dismissed for failure to file the Schedules.

6. The order to show cause is set for hearing on October 20, 2026.

7. The Schedules have been prepared in earnest, but the Debtor needs additional time to obtain several documents necessary to complete them.

8. To enable him to do so, the Debtor requests that the Court extend the time to file the Schedules through and including October 27, 2026.

9. Because the Debtor's attorney will be attending a meeting of creditors in a different case at about the same time, he will be unable to attend the hearing on this motion and apologizes for his necessary absence.

**FOR THOSE REASONS,** the Court should grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: October 19, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad