| | |
|---|---|
| **United States Bankruptcy Court**<br>**District of New Jersey** | |
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: 26-20868-ABA<br><br>Chapter: 7 |
| In re: Robert Chantler McKinley,<br><br>*Debtor*. | Hearing Date: 10/20/2026<br><br>Judge: Andrew B. Altenburg Jr. |

Recommended Local Form: ☒ Followed ☐ Modified

**Order re Extension of Time to File Schedules**

The relief set forth on the following page is hereby **ORDERED**.

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

**ORDERED** that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to October 27, 2026. If Debtor fails to file the missing documents by the extended deadline, then the case will be dismissed without further notice.

☐ Denied.