| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: | 26-20868-ABA |
| In re: Robert Chantler McKinley,<br><br>*Debtor*. | Chapter:<br><br>Judge: | 7<br><br>Andrew B. Altenburg Jr. |

**Certification of Service**

1. I, Michael I. Assad:

   ☒ represent the Debtor, Robert Chantler McKinley, in this matter.

   ☐ am the secretary/paralegal for __________________________, who represents __________________________ in this matter.

   ☐ am the __________________________ in this case and am representing myself.

2. On October 29, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   a. Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors, entered October 27, 2026 (ECF No. 17);

   c. Notice of Chapter 7 Bankruptcy Case (ECF No. 5).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Ally Servicing LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: ____________________<br>*(As authorized by the Court or by rule. Cite the rule if applicable.)* |
| Tonya McKinley<br>4900 Tulip Tree Pl<br>Mays Landing, NJ 08330-2831 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: ____________________<br>*(As authorized by the Court or by rule. Cite the rule if applicable.)* |

Date: October 29, 2026

/s/ Michael I. Assad
Michael I. Assad